# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. **CR 4 2 0   1 2 4** |
| | ) |
| v. | ) **21 U.S.C. § 846** |
| | ) **Conspiracy to Possess With** |
| | ) **Intent to Distribute and to** |
| **JOSEPH BULLOCH** | ) **Distribute Controlled Substances** |
| a/k/a "LIL JOE," | ) |
| **ILDELFONSO SANCHEZ-INZUNZA** | ) |
| a/k/a "JESSE," | ) **18 U.S.C § 924(o)** |
| **KASHIF COLLINS** | ) **Conspiracy to Use, Carry, or** |
| a/k/a "SHEEF" | ) **Possess Firearms** |
| a/k/a "FAT BOY," | ) |
| **JONTAE KEEL** | ) **21 U.S.C. § 841(a)(1)** |
| a/k/a "BIYHA," | ) **Distribution of Controlled** |
| **RASHAMEL BROWN** | ) **Substances** |
| a/k/a "2STIFF RESPEKK," | ) |
| **BERNARD CARTER** | ) **18 U.S.C. § 922(g)(1)** |
| a/k/a "NARD," | ) **Possession of a Firearm by a** |
| **JARNARD WILLIAMS** | ) **Prohibited Person** |
| a/k/a "JUNE," | ) |
| **CHARLES COLLINS** | ) **18 U.S.C. § 922(g)(5)** |
| a/k/a "GREG," | ) **Possession of a Firearm by a** |
| **CRAIG SCOTT** | ) **Prohibited Person** |
| a/k/a "MAJOR FLAVOR," | ) |
| **LAMAR HARRIS** | ) **18 U.S.C. § 924(c)** |
| a/k/a "FOOLIE," | ) **Possession of a Firearm in** |
| **YUSEF SCOTT** | ) **Furtherance of a Drug** |
| a/k/a "SELF" | ) **Trafficking Crime** |
| a/k/a "BOLTON ST SELF," | ) |
| **JERMAINE ROBBINS** | ) **18 U.S.C. § 924(c)** |
| a/k/a "JUGGY" | ) **Using and Carrying a Firearm** |
| a/k/a "JUG LOVE" | ) **During and in Relation to a Drug** |
| a/k/a "CHICKEN MAN," | ) **Trafficking Crime** |
| **BARSHALAI JONES** | ) |
| a/k/a "PAIDFULLY AK," | ) **21 U.S.C. § 856(a)(1)** |
| **SHAKEEM DOUSE** | ) **Maintaining Drug-Involved** |
| a/k/a "G STREET NBA" | ) **Premises** |
| a/k/a "POTHEAD," | ) |
| **ANDRE WOOLFORD** | ) **18 U.S.C. § 2** |
| a/k/a "HOGGIE," | ) **Aiding and Abetting** |
| **TEMPERANCE FENNELL,** | ) |

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 NOV -5 AM 9: 51
CLERK
SO. DIST. OF GA.

JOSEPH PARRISH                                )
    a/k/a "WIFI"                              )
    a/k/a "WEE WEE,"                          )
DAVID FUENTES                                 )
    a/k/a "SHAGGY,"                           )
JAVONTAE PARRISH                              )
    a/k/a "VONTAE,"                           )
JASHAVIOUS KEEL                               )
    a/k/a "BUB,"                              )
THOMAS HOLLAND                                )
    a/k/a "WHITE BOY,"                        )
JOANN KEEL ROBINSON                           )
    a/k/a "MA DUKES,"                         )
GUMECINDO RAMIREZ-PERALES,                    )
OMAR ALEJANDRO GONZALEZ,                      )
JOSE JOEL ELICIER                             )
CHRISTOPHERS,                                 )
TYREIK WATSON,                                )
DARIN SMITH                                   )
    a/k/a "EVIL TWIN,"                        )
MORISSA POLLARD,                              )
and                                           )
MICHAEL SIMMONS                               )
    a/k/a "UNC."                              )

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Conspiracy to Possess With Intent to Distribute and*
*to Distribute Controlled Substances (Cocaine, Cocaine Base, and Marijuana)*
21 U.S.C. § 846

Beginning on a date at least as early as 2016, up to and including the return

date of this indictment, the precise dates being unknown, in Chatham County, within

the Southern District of Georgia, and elsewhere, the defendants,

**JOSEPH BULLOCH**
**a/k/a "LIL JOE,"**
**ILDELFONSO SANCHEZ-INZUNZA**
**a/k/a "JESSE,"**
**KASHIF COLLINS**
**a/k/a "SHEEF"**

2

a/k/a "FAT BOY,"
JONTAE KEEL
a/k/a "BIYHA,"
RASHAMEL BROWN
a/k/a "2STIFF RESPEKK,"
BERNARD CARTER
a/k/a "NARD,"
JARNARD WILLIAMS
a/k/a "JUNE,"
CHARLES COLLINS
a/k/a "GREG,"
CRAIG SCOTT
a/k/a "MAJOR FLAVOR,"
LAMAR HARRIS
a/k/a "FOOLIE,"
YUSEF SCOTT
a/k/a "SELF"
a/k/a "BOLTON ST SELF,"
JERMAINE ROBBINS
a/k/a "JUGGY"
a/k/a "JUG LOVE"
a/k/a "CHICKEN MAN,"
BARSHALAI JONES
a/k/a "PAIDFULLY AK,"
SHAKEEM DOUSE
a/k/a "G STREET NBA"
a/k/a "POTHEAD,"
ANDRE WOOLFORD
a/k/a "HOGGIE,"
TEMPERANCE FENNELL,
JOSEPH PARRISH,
a/k/a "WIFI"
a/k/a "WEE WEE,"
DAVID FUENTES,
JAVONTAE PARRISH
a/k/a "VONTAE,"
JASHAVIOUS KEEL
a/k/a "BUB,"
THOMAS HOLLAND
a/k/a "WHITE BOY,"
JOANN KEEL ROBINSON
a/k/a "MA DUKES,"
GUMECINDO RAMIREZ-PERALES,
OMAR ALEJANDRO GONZALEZ,

JOSE JOEL ELICIER
CHRISTOPHERS,
TYREIK WATSON,
DARIN SMITH
a/k/a "EVIL TWIN,"
MORISSA POLLARD,
and
MICHAEL SIMMONS
a/k/a "UNC,"

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine and 28 grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), both Schedule II controlled substances, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was to possess with intent to distribute and to distribute controlled substances in the Southern District of Georgia and elsewhere for financial gain, or profit, or status.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy for one or more members of the conspiracy to agree:

a.     to serve in different roles in the conspiracy;

b.      to possess firearms as tools of the drug trade in order to protect themselves, the drugs, and the proceeds made from the illegal drug distribution, and to retaliate against perceived threats against the organization;

c.      to use coded language to facilitate the drug trafficking operation;

d.      to operate "trap houses" to store and distribute controlled substances, to store tools of the drug trade, and to store proceeds from drug sales;

e.      to use cell phones to coordinate drug shipments and drug distribution;

f.      to keep other conspirators informed of activities, plan future transactions, and share information about drug trafficking activity for the purpose of avoiding detection and ensuring the success of the criminal organization; and

g.      to distribute controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1) and 846; and Title 18, United States Code, Section 2.

## COUNT TWO
*Conspiracy to Use, Carry, or Possess Firearms*
18 U.S.C. § 924(o)

Beginning on a date at least as early as December 2019 up to and including the return date of this indictment, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendants,

**KASHIF COLLINS
a/k/a "SHEEF"
a/k/a "FAT BOY,"
RASHAMEL BROWN
a/k/a "2STIFF RESPEKK,"
CRAIG SCOTT
a/k/a "MAJOR FLAVOR,"
LAMAR HARRIS
a/k/a "FOOLIE,"
YUSEF SCOTT
a/k/a "SELF"
a/k/a "BOLTON ST SELF,"
JERMAINE ROBBINS
a/k/a "JUGGY"
a/k/a "JUG LOVE"
a/k/a "CHICKEN MAN,"
and
BARSHALAI JONES
a/k/a "PAIDFULLY AK,"
SHAKEEM DOUSE
a/k/a "G STREET NBA"
a/k/a "POTHEAD,"**

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown to commit an offense against the United States, that is to knowingly and unlawfully possess, use, brandish, and carry firearms, in

6

furtherance of, and during and in relation to a drug trafficking crime, to wit: *Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances* in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment.

All done in violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(o), and 2.

## COUNT THREE
### *Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about November 25, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

### CHARLES COLLINS
### a/k/a "GREG,"

did knowingly and intentionally possesses with intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
*Possession of With Intent to Distribute and Distribution of a Controlled Substance*
*(Cocaine)*
21 U.S.C. § 841(a)(1)

On or about January 7, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### KASHIF COLLINS
### a/k/a "SHEEF"
### a/k/a "FAT BOY,"

did knowingly and intentionally possesses with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about January 24, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

## ANDRE WOOLFORD
## a/k/a "HOGGIE,"

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about March 18, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**SHAKEEM DOUSE
a/k/a "G STREET NBA"
a/k/a "POTHEAD,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Taurus 24/7, G2 9mm pistol, which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN
*Possession with Intent to Distribute Controlled Substances (Cocaine, Cocaine Base, Heroin, and Marijuana)*
21 U.S.C. § 841(a)(1)

On or about April 3, 2020, in Chatham County, within the Southern District of Georgia, the defendants,

**JOSEPH BULLOCH**
**a/k/a "LIL JOE,"**
**and**
**ILDELFONSO SANCHEZ-INZUNZA**
**a/k/a "JESSE,"**

aided and abetted by each other and by others known and unknown, did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine and 28 grams or more of cocaine base, both Schedule II controlled substances, a mixture or substance containing a detectable amount of heroin, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about April 3, 2020, in Chatham County, within the Southern District of

Georgia, the defendant,

### JOSEPH BULLOCH
### a/k/a "LIL JOE,"

did knowingly possess a firearm in furtherance of at least one drug trafficking crime

for which he may be prosecuted in a court of the United States, to wit, *Conspiracy to*

*Possess with Intent to Distribute and to Distribute Controlled Substances* in violation

of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment,

and *Possession with Intent to Distribute Controlled Substances* in violation of Title 21,

United States Code, Section 841(a)(1), as charged in Count 7 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT NINE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about April 3, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### ILDELFONSO SANCHEZ-INZUNZA
### a/k/a "JESSE,"

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, *Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances* in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, and *Possession with Intent to Distribute Controlled Substances* in violation of Title 21, United States Code, Section 841(a)(1),as charged in Count 7 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

**COUNT TEN**
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about April 3, 2020, in Chatham County, within the Southern District of

Georgia, the defendant,

**JOSEPH BULLOCH**
**a/k/a "LIL JOE,"**

knowing he had previously been convicted of a crime punishable by imprisonment for

a term exceeding one year, did knowingly possess, in and affecting commerce, a

firearm, to wit, Fabrique National Herstal (FN) model 5-7, 5.7mm caliber

semiautomatic pistol,, which had previously been transported in interstate and

foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT ELEVEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(5)

On or about April 3, 2020, in Chatham County, within the Southern District of

Georgia, the defendant,

### ILDELFONSO SANCHEZ-INZUNZA
### a/k/a "JESSE,"

knowingly being an alien illegally and unlawfully in the United States, did knowingly

possess, in and affecting interstate and foreign commerce, a firearm, that is, a Smith

& Wesson, model Body Guard, .380 caliber, semiautomatic pistol which had

previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT TWELVE
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as February 2020, up to and including April 2, 2020, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

### JOSEPH BULLOCH
### a/k/a "LIL JOE,"

did knowingly lease, rent, use and, maintain a place located at 22 Austin Drive, Savannah, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTEEN
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as February 2020, up to and including April 3, 2020, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendants,

**JOSEPH BULLOCH**
**a/k/a "LIL JOE,"**
**ILDELFONSO SANCHEZ-INZUNZA**
**a/k/a "JESSE,"**
**and**
**MORISSA POLLARD,**

aided and abetted by each other and others unknown, did knowingly lease, rent, use, and maintain a place located at 12300 Apache Street, Apt. 605, Savannah, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN
*Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about May 6, 2020, in Chatham County, in the Southern District of Georgia, the defendant,

### YUSEF SCOTT
### a/k/a "SELF"
### a/k/a "BOLTON ST SELF,"

knowingly used and carried a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Conspiracy to Possess With Intent to Distribute and Distribution of Controlled Substances*, in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, and did discharge said firearm.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIFTEEN
*Possession with Intent to Distribute Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about June 13, 2020, in Chatham County, within the Southern District of Georgia, the defendants,

**JOSEPH PARRISH**
**a/k/a "WIFI"**
**a/k/a "WEE WEE,"**
**JONTAE KEEL**
**a/k/a "BIYHA,"**
**JAVONTAE PARRISH**
**a/k/a "VONTAE,"**
**THOMAS HOLLAND**
**a/k/a "WHITE BOY,"**
**GUMECINDO RAMIREZ-PERALES,**
**and**
**DAVID FUENTES**

aided and abetted by each other and by others known and unknown, did knowingly and intentionally possess with intent to distribute 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTEEN
*Possession with Intent to Distribute Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about July 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### JASHAVIOUS KEEL
### a/k/a "BUB,"

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>**COUNT SEVENTEEN**</u>
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about July 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**JASHAVIOUS KEEL**
**a/k/a "BUB,"**

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, *Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances* in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, and *Possession with Intent to Distribute Controlled Substances* in violation of Title 21, United States Code, Section 841(a)(1),as charged in Count 16 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT EIGHTEEN
*Possession with Intent to Distribute Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about July 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

## JOSEPH PARRISH
### a/k/a "WIFI"
### a/k/a "WEE WEE,"

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINETEEN
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about July 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### JOSEPH PARRISH
### a/k/a "WIFI"
### a/k/a "WEE WEE,"

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, *Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances* in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, and *Possession with Intent to Distribute Controlled Substances* in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 18 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT TWENTY
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about July 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### JONTAE KEEL
### a/k/a "BIYHA,"

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, *Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances* in violation of Title 21, United States Code, Section 846 as charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT TWENTY-ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about July 22, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### JONTAE KEEL
### a/k/a "BIYHA,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, Glock, model 32, .357 sig caliber, semiautomatic pistol, which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWENTY-TWO
*Maintaining Drug-Involved Premises*
18 U.S.C. § 856(a)(1)

Beginning on a date at least as early as May 2020, up to and including July 22, 2020, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendants,

**JONTAE KEEL**
**a/k/a "BIYHA,"**
**JOSEPH PARRISH**
**a/k/a "WIFI"**
**a/k/a "WEE WEE,"**
**and**
**JOANN KEEL ROBINSON**
**, a/k/a "MA DUKES,"**

aided and abetted by each other and others unknown, did knowingly lease, rent, use, and maintain a place located at 506 Barberry Street, Savannah, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-THREE
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as January 2020, up to and including July 22, 2020, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendants,

**JONTAE KEEL
a/k/a "BIYHA,"
and
JOSEPH PARRISH
a/k/a "WIFI"
a/k/a "WEE WEE,"**

aided and abetted by each other and others unknown, did knowingly lease, rent, use, and maintain a place located at 12300 Apache Ave., Apt. 1717, Savannah, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-FOUR
*Possession of With Intent to Distribute Controlled Substances (Cocaine and Marijuana)*
21 U.S.C. § 841(a)(1)

On or about September 11, 2020, in Chatham County, within the Southern District of Georgia, the defendants,

**KASHIF COLLINS,**
**aka "FAT BOY,"**
**LAMAR HARRIS,**
**aka "FOOLIE,"**
**aka "YB,"**
**YUSEF SCOTT**
**a/k/a "SELF"**
**a/k/a "BOLTON ST SELF,"**
**JERMAINE ROBBINS,**
**aka "JUGGY,"**
**aka "JUG LOVE,"**
**aka "CHICKEN MAN,"**
**and**
**BARSHALAI JONES**
**a/k/a "PAIDFULLY AK,"**

aided and abetted by each other and by others known and unknown, did knowingly and intentionally possesses with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FIVE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about September 11, 2020, in Chatham County, within the Southern District of Georgia, the defendants,

**LAMAR HARRIS,**
**aka "FOOLIE,"**
**aka "YB,"**
**YUSEF SCOTT**
**a/k/a "SELF"**
**a/k/a "BOLTON ST SELF,"**
**JERMAINE ROBBINS,**
**aka "JUGGY,"**
**aka "JUG LOVE,"**
**aka "CHICKEN MAN,"**
**and**
**BARSHALAI JONES**
**a/k/a "PAIDFULLY AK,"**

aided and abetted by each other, knowingly possessed at least one firearm in furtherance of at least one drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, *Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances* in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, and *Possession with Intent to Distribute Controlled Substances* in violation of Title 21, United States Code, Section 841(a)(1),as charged in Count 24 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

## COUNT TWENTY-SIX
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as March 2020 until September 11, 2020, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, the defendants,

**KASHIF COLLINS,**
**aka "FAT BOY,"**
**LAMAR HARRIS,**
**aka "FOOLIE,"**
**aka "YB,"**
**YUSEF SCOTT**
**a/k/a "SELF"**
**a/k/a "BOLTON ST SELF,"**
**JERMAINE ROBBINS,**
**aka "JUGGY,"**
**aka "JUG LOVE,"**
**aka "CHICKEN MAN,"**
**BARSHALAI JONES**
**a/k/a "PAIDFULLY AK,"**
**and**
**TEMPERANCE FENNELL,**

aided and abetted by each other and others unknown, did knowingly lease, rent, use, and maintain a place located at 1021 East Bolton Street, Apartment B, Savannah, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-SEVEN
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as November 2018, up to and including the return date of this indictment, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendants,

**KASHIF COLLINS,**
**aka "FAT BOY,"**
**and**
**CHARLES COLLINS**
**a/k/a "GREG,"**

aided and abetted by each other and others unknown, did knowingly lease, rent, use, and maintain a place located at 1223 East Bolton Street, Savannah, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Twenty-Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction for any offense in violation of Title 21, United States Code set forth in this Indictment, Defendants:

JOSEPH BULLOCH
a/k/a "LIL JOE,"
ILDELFONSO SANCHEZ-INZUNZA
a/k/a "JESSE,"
KASHIF COLLINS
a/k/a "SHEEF"
a/k/a "FAT BOY,"
JONTAE KEEL
a/k/a "BIYHA,"
RASHAMEL BROWN
a/k/a "2STIFF RESPEKK,"
BERNARD CARTER
a/k/a "NARD,"
JARNARD WILLIAMS
a/k/a "JUNE,"
CHARLES COLLINS
a/k/a "GREG,"
CRAIG SCOTT
a/k/a "MAJOR FLAVOR,"
LAMAR HARRIS
a/k/a "FOOLIE,"
YUSEF SCOTT
a/k/a "SELF"
a/k/a "BOLTON ST SELF,"
JERMAINE ROBBINS
a/k/a "JUGGY"
a/k/a "JUG LOVE"

a/k/a "CHICKEN MAN,"
BARSHALAI JONES
a/k/a "PAIDFULLY AK,"
SHAKEEM DOUSE
a/k/a "G STREET NBA"
a/k/a "POTHEAD,"
ANDRE WOOLFORD
a/k/a "HOGGIE,"
TEMPERANCE FENNELL,
JOSEPH PARRISH,
a/k/a "WIFI"
a/k/a "WEE WEE,"
DAVID FUENTES,
JAVONTAE PARRISH
a/k/a "VONTAE,"
JASHAVIOUS KEEL
a/k/a "BUB,"
THOMAS HOLLAND
a/k/a "WHITE BOY,"
JOANN KEEL ROBINSON
a/k/a "MA DUKES,"
GUMECINDO RAMIREZ-PERALES,
OMAR ALEJANDRO GONZALEZ,
JOSE JOEL ELICIER
CHRISTOPHERS,
TYREIK WATSON,
DARIN SMITH
a/k/a "EVIL TWIN,"
MORISSA POLLARD,
and
MICHAEL SIMMONS
a/k/a "UNC,"

shall forfeit to the United States any property constituting, or derived from, any

proceeds obtained, directly or indirectly, as a result of such offense and any property

used, or intended to be used, in any manner or part to commit, or to facilitate the

commission of, the offense(s), including but not limited to all United States currency,

real property, and vehicles used in the offenses, including:

34

a. Real Property: 2310 Alabama Avenue, Savannah, GA;

b. Real Property: 2312 Alabama Avenue, Savannah, GA;

c. $387,886.13 U.S. Currency;

d. $36,040.00 U.S. Currency;

e. $1,837.00 U.S. Currency;

f. $2,300.00 U.S. Currency;

g. $2,290.00 U.S. Currency;

h. $5,000 U.S. Currency;

i. $6,000 U.S. Currency;

j. $1,350.00 U.S. Currency;

k. $1,432.00 U.S. Currency;

l. Rolex Oyster Perpetua Datejust 18k two-tone yellow and gold & stainless steel watch with diamonds;

m. 10k yellow and gold (stamped) heavy Cuban link necklace with large yellow and white 10k (stamped) "B" pendant with round brilliant diamonds; and

n. One 10k (stamped) heavy gold Cuban link style chain 30 inches in length 9mm width and one 10k yellow gold pendant forming the numerals "914" with round brilliant cut diamonds.

Upon conviction of any offense alleged in this Indictment, the above named defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Sections 2461(c) any firearm and ammunition involved in that offense, including but not limited to:

a. HK USP Compact .40 caliber handgun, S/N 26-045471;

b. Glock model 32 .357 handgun S/N: YGD160;

c. Magazine with eleven (11) .357 rounds;

d. Taurus model PT111 9mm handgun, S/N TMD58852;

e. Twelve (12) Luger 9mm rounds from Taurus PT111;

f. Twenty (20) Hornaday 9mm Rounds;

g. Black 9mm 31 round Glock magazine with twenty-eight (28) 9mm rounds;

h. Glock model 43X 9mm handgun, S/N BMNB088;

i. Springfield, model: XDM-10, 10mm pistol, serial number: AT221802;

j. Glock, model 22 .40 caliber handgun, serial number: BEKW618;

k. Fourteen (14) 10mm rounds and magazine from Springfield XSM-10;

l. Twenty one (21) .40 caliber rounds with extended magazine from Glock 22;

m. .40 caliber Glock magazine with fifteen (15) rounds;

n. 10mm Springfield magazine with eleven (11) rounds;

o. .40 caliber drum magazine;

p. 9mm Glock 30 round magazine;

q. 9mm drum magazine;

r. Eleven (11) S&W .40 caliber rounds; and

s. Nineteen (19) 7.62 rounds.

If any of the property described above, as a result of any act or commission of the defendant:

a. cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

*Signatures on the following page*

A

Foreperson

David Estes
First Assistant United States Attorney

Frank Pennington, II
Assistant United States Attorney
*Lead Counsel

Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

Noah Abrams
Assistant United States Attorney
*Co-lead Counsel

38