| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION | JUDGE: R. STAN BAKER DATE: 07-07-2022 |
|---|---|---|

**CRIMINAL CASE NO. CR 4:20-cr-124**
**UNITED STATES OF AMERICA VS. Shakeem Douse**

COURTROOM DEPUTY  Pam Hammock     COURT REPORTER  Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**     **ATTORNEY(S) FOR THE DEFENDANT:**

Frank Pennington, AUSA     Dale Busbee, appointed

U.S. PROBATION OFFICER:     DEFENDANT SENTENCED ON COUNT(S)

Brian Mills     Six (6) of the Indictment

[X] Presentence Report Reviewed In Full     Custody  62  Months B.O.P.

[ ] Objections to Factual Basis     Probation ____

[ ] Objections To Guidelines Calculations     Supervised Release  3  Years

[ ] Probation Officer Testifies     Special Conditions  as Ordered by the Court

[ ] Changes Ordered in Factual Basis/Calculations     Fine $  none

[X] No Changes Ordered     Restitution $  none

[X] Findings Of The Court     Special Assessment $  100

[ ] Factual Witnesses Testify     To Be Paid  immediately

[X] Statements Of Counsel     Community Service ____

[X] Statements By Defendant     Facility Recommended  - RDAP, FCI Jesup

[X] Sentence Pronounced     Defendant Remanded To The USM  - Y

OTHER DIRECTIVES OF THE COURT     Voluntary Surrender ____

[ ] Attach Statement of Reasons to the Judgment     To USM [X]   To Facility [ ]

[ ] Transcribe Statement of Reasons     Nolle Prosse Count(s)  - 1 and 2

[X] Appeal Rights of Defendant Explained     Plea Agreement Accepted and Ratified  - Y

[ ] Appellate Disclosure Forms Provided     Departure From Guidelines ____

[X] Notice of Counsel's Post-Conviction Obligations Provided     Upward ____   Downward ____

U.S. Deputy Marshal  Scripture     Time  10:10  to  10:40   Total  00:30

Court Security Officer  Michael