UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | Case Number: |
| ) | 4:20-CR-124-14 |
| **Shakeem Douse,** ) | |
| **Defendant.** ) | |

## ORDER

Based upon the motion of the Defense, and for good cause shown therein, the Defense's motion for leave of absence is GRANTED for the following dates:

a) July 25 through August 1, 2025 for travel.

b) September 18 through September 19, 2025 for travel.

c) November 24 through November 28, 2025 for the Thanksgiving holiday.

d) December 23 through December 26, 2025 for the Christmas Holiday.

SO ORDERED, this 4th day of June, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA